# Exhibit 32

4/24/2020 ADH Letter to ADC Employee regarding positive test results and work restrictions



# Arkansas Department of Health

4815 West Markham Street • Little Rock, Arkansas 72205-3867 • Telephone (501) 661-2000
Governor Asa Hutchinson
Nathaniel Smith, MD, MPH, Secretary of Health

04/24/2020

You have been identified by the Arkansas Department of Health (ADH) as someone who has tested positive for the virus that causes COVID-19. Generally, this means you must remain at home in isolation with monitoring to prevent the further spread of the virus. Due to your work position being considered a "critical infrastructure" job, you will be allowed to continue to work under the following conditions:

- Anyone symptomatic, even mildly, cannot work.
- Do *all* work from home that can be done remotely.
- Only go to the workplace for those duties for which your physical presence is essential.
- While in the workplace, **strictly maintain social distancing**—6-foot rule.
- **Wear a cloth face mask** at all times while in the workplace.
- Limit hands-on activities to the minimum necessary, and observe strict hand hygiene (hand washing, use of hand sanitizer) at all times.
- You will be assigned to a duty (during their isolation period) in areas with positive inmates and will not work in the negative barracks.
- You are to not fraternize with other coworkers and a separate break room is being made available for workers who have tested positive.
- You are to travel directly from home to work with no excursions, detours, or stops.
- Except for leaving to go directly to work, you are to follow all other instructions provided in this isolation letter.
- If you begin to have symptoms such as fever, cough, or trouble breathing, or if you otherwise feel sick, **you must immediately notify your supervisor and immediately leave.**

PLEASE NOTE: The exceptions made for you as a critical infrastructure worker only apply to your work. **You must remain in strict home isolation for all time NOT spent at work.**

During this period of monitoring (except for essential on-site work duties), you will need to do the following:

- Remain at home and avoid all public activities. This means **do not** go to church, school, stores (including grocery stores), nor any public events or places.
- **Do not** have visitors in your home.
- If you live in a home with other people, stay in a separate room. If that is not possible, wear a face mask when you are in the same room and stay at least 6 feet away from them.
- Wash your hands and use an alcohol-based hand sanitizer often. Do not share personal items such as dishes, cups, forks, spoons, towels, etc.
- **Do not** leave your home except to get medical care. If you need to see a doctor for reasons other than a medical emergency, please call us at ADH to discuss the care you need.
- In the event of a medical emergency, call 911. Tell them that you are being monitored for COVID-19 exposure. Keep a face mask on until a health care provider asks you to remove it.
- **Do not** use any public transportation (buses, taxis, ride share services, or airplane).
- Check yourself for fever twice a day. This means taking your temperature in the morning and before bed at night. Write it down on the table found in this letter.

- Speak with ADH staff when they call you each day to check on your health.

Follow these guidelines until your active monitoring isolation period is over. We will determine when your active monitoring isolation period will be over based on your symptoms and time of diagnosis. We trust that you will comply with the requirements above. However, to achieve the mission of the Arkansas Department of Health, which is to protect the health of all Arkansans, we are prepared to issue a mandatory isolation order under our public health authority if we determine that you are a risk for spreading the virus that causes COVID-19 to the public. Thank you for your cooperation and for helping us protect everyone's health.

**Important ADH Phone Numbers:**
Your health department nurse will be your first point of contact.
ADH COVID-19 Call Center: **1-800-803-7847**

Sincerely,

*Jennifer A. Dillaha, M.D.*

Jennifer A. Dillaha, M.D.
State Epidemiologist
Medical Director for Immunizations and Outbreak Response