# Exhibit 47

Image – ADC Sergeant Facebook Post

**#ADC** to everyone complaining about the ADC telling us to come to work even if we test positive for the virus & have no symptoms showing and not coming to work do to this **#coronavirus**, PLEASE go get another job & let someone get it who gone be there for me! because when we signed up for this job you knew this was a 24/7 job & we had to work it no matter what. You putting the people who actually come to work in danger more than one way now by putting us understaff & vulnerable to riots, attacks, & the virus! Now I agree we need better protective gear & raise in pay but we knew what we signed up for when we accept this job & nob... See More

109                   202 Comments   157 Shares

26                   23 Comments  3 Shares

Like          Comment          Share

View 3 more comments

big facts I felt this way for the past couple days
Like · Reply · 15h

But i want to read the original 202 comments
Like · Reply · 14h
· 2 Replies

Y you take it down
Like · Reply · 14h

somebody reported it!
Like · Reply · 14h

Whaaaaattttttt lmao 😂
Like · Reply · 14h