# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

| | |
|---|---|
| FRAZIER, *et al.*, <br><br> Plaintiffs/Petitioners, <br><br> v. <br><br> GRAVES, *et al.*, <br><br> Defendants/Respondents. | Case No. 4:20cv434-KGB |

## STIPULATION OF DISMISSAL

Pursuant to Fed. R. Civ. P. Rule 41(a)(1)(ii), the parties, through their respective attorneys, hereby stipulate to dismissal of Governor Asa Hutchinson from this action, without prejudice. The parties further stipulate to dismissal without prejudice of all claims by Plaintiffs Charles Czarnetski, Aaron Elrod, and Alvin Hampton.

Dated: October 2, 2020

    Respectfully submitted,

    By:

    Samuel Spital*
    Jin Hee Lee*
    Natasha Merle*
    Omavi Shukur (Arkansas Bar No. 2016067)
    NAACP Legal Defense and Educational Fund, Inc.
    40 Rector Street, 5th Floor
    New York, NY 10006
    (212) 965-2200

    Christopher Kemmitt*
    Ajmel Quereshi*
    NAACP Legal Defense and Educational Fund, Inc.

700 14th Street NW, Suite 600
Washington, DC 20005
(202) 216-5573

George H. Kendall*
Jenay Nurse*
Corrine Irish*
Squire Patton Boggs (US) LLP
1211 Avenue of the Americas, 26th Floor
New York, NY 10036
(212) 872-9800

Cristy Park
Disability Rights Arkansas
400 West Capitol Ave, Suite 1200
Little Rock, AR 72201
(501) 296-1775

Sarah Everett
Arkansas Civil Liberties Union Foundation, Inc.
904 W. 2nd Street, Suite One
Little Rock, AR 72202
(501) 374-2660

*Admitted *pro hac vice*

*Attorneys for Plaintiffs and the Putative Class*

    LESLIE RUTLEDGE
      Arkansas Attorney General

    NICHOLAS J. BRONNI (2016097)
      Arkansas Solicitor General

    VINCENT M. WAGNER (2019071)
      Deputy Solicitor General

    ASHER STEINBERG (2019058)
      Assistant Solicitor General
    JENNIFER L. MERRITT (2002148)
      Senior Assistant Attorney General
    JERRY GARNER (2014134)
      Assistant Attorney General

    OFFICE OF THE ARKANSAS
      ATTORNEY GENERAL
    323 Center St., Suite 200
    Little Rock, AR 72201

Jennifer.Merritt@ArkansasAG.gov

*Attorneys for State Defendants*

   Kirkman T. Dougherty
   Arkansas Bar No. 91133
   Jeffrey W. Hatfield
   Arkansas Bar No. 96235
   Kynda Almefty
   Arkansas Bar No. 2004197

HARDIN, JESSON & TERRY, PLC
P. O. Box 10127
Fort Smith, AR 72917-0127
(479) 452-2200

*Attorneys for Wellpath, LLC*