# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**NICHOLAS FRAZIER,** *et al.*                                                                                       **PLAINTIFF**

**v.**                                         **Case No. 4:20-cv-00434 KGB**

**WENDY KELLEY,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal of Governor Asa Hutchinson from this action without prejudice (Dkt. No. 106). The parties further stipulate to dismissal without prejudice of all claims by plaintiffs Charles Czarnetski, Aaron Elrod, and Alvin Hampton. The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. Governor Asa Hutchinson is dismissed from this action without prejudice. Further, all claims by plaintiffs Charles Czarnetski, Aaron Elrod, and Alvin Hampton are dismissed without prejudice.

It is so ordered this 16th day of October, 2020.

*Kristine G. Baker* (signature)
Kristine G. Baker
United States District Judge