# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**NICHOLAS FRAZIER,** *et al.*                                                                                          **PLAINTIFF**

**v.**                                           **Case No. 4:20-cv-00434 KGB**

**SOLOMON GRAVES,** *et al.*                                                                                          **DEFENDANTS**

## ORDER

Before the Court is the parties' joint stipulation of dismissal of Jerry Bradshaw from this action without prejudice (Dkt. No. 118). The parties further stipulate to dismissal without prejudice of all claims by plaintiffs Nicholas Frazier, Harold S. Otwell, and Cedric Sims. The stipulation accords with the terms of Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

For good cause shown, the Court adopts the stipulation of dismissal. Jerry Bradshaw is dismissed from this action without prejudice. Further, all claims by plaintiffs Nicholas Frazier, Harold S. Otwell, and Cedric Sims are dismissed without prejudice.

It is so ordered this 28th day of December, 2020.

*/s/ Kristine G. Baker*
Kristine G. Baker
United States District Judge