THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS FRAZIER,** *et al.*                                                                                  **PLAINTIFFS**

v.                                      Case No. 4:20-cv-00434-KGB

**SOLOMON GRAVES,** *et al.*                                                                                  **DEFENDANTS**

### ORDER

Before the Court are matters the Court discussed with the parties during the October 20, 2021, status conference. Plaintiffs are instructed to submit a written protocol to the Court and the defendants outlining what plaintiffs propose for Dr. Homer Venters to conduct inspections of Arkansas Department of Corrections ("DOC") facilities; the proposed written protocol shall be filed by the close of business on Friday, October 22, 2021. Defendants shall have until Friday, October 29, 2021, to respond to plaintiffs' proposed protocol. Also on Friday, October 29, 2021, defendants shall provide to counsel for plaintiffs four consecutive days defendants are available in the months of November 2021, December 2021, and January 2022 for inspections of DOC facilities by Dr. Venters. Plaintiffs shall have until November 4, 2021, to respond to defendants' proposed dates for inspection of DOC facilities by Dr. Venters.

The Court will hold a telephonic status conference on November 22, 2021, at 9:00 a.m. Central Standard time in Courtroom 4D. The parties are instructed to submit a joint position statement on the status of discovery, as well as any other issues the parties intend to raise during the status conference, to the Court by November 15, 2021. If the parties are unable to reach consensus to prepare and submit a joint position statement, the parties may each submit a statement to the Court by November 15, 2021.

2

So ordered this 20th day of October, 2021.

Kristine G. Baker
United States District Judge

2