THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**NICHOLAS FRAZIER,** *et al.*                                                                                  **PLAINTIFFS**

v.                                             **Case No. 4:20-cv-00434-KGB**

**SOLOMON GRAVES,** *et al.*                                                                              **DEFENDANTS**

## ORDER

Before the Court is plaintiffs' motion to withdraw as counsel (Dkt. No. 253). Plaintiffs seek to withdraw Natasha C. Merle as counsel of record because Ms. Merle is leaving her employment with NAACP Legal Defense and Educational Fund, Inc. (*Id.*). According to plaintiffs, they will continue to be represented by remaining counsel of record (*Id.*). For good cause shown, the Court grants plaintiffs' motion to withdraw Ms. Merle as counsel for plaintiffs (Dkt. No. 253). The Court directs the Clerk to terminate Ms. Merle as counsel of record for plaintiffs.

So ordered this 25th day of July, 2023.

Kristine G. Baker
United States District Judge