IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF ARKANSAS, CENTRAL DIVISION

| | | |
|---|---|---|
| FRAZIER, *et al.* | ) | |
| | ) | Hon. Kristine G. Baker |
| Plaintiffs, | ) | |
| v. | ) | Case No. 4:20-cv-434 (KGB) |
| | ) | |
| GRAVES, *et al.* | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| | ) | |

## JOINT MOTION TO STAY LIMITED DISCOVERY DEADLINE

Pursuant to Rule 26(c) of the Federal Rules of Civil Procedure, the Court's inherent authority, and Local Rule 7.2, Plaintiffs Darryl Hussey, Price Brown, Wesley Bray, Torris Richardson, Joseph Head, Lee Owens, Jimmy Little, Roderick Wesley, Marvin Kent, Michael Kouri, Jonathan Neeley, Alfred Nickson, Trinidad Serrato, Robert Stiggers, Victor Williams, and John Doe, individually and on behalf of all others similarly situated (collectively, "Plaintiffs"), and Defendants Solomon Graves, Dexter Payne, Benny Magness, Bobby Glover, Lee Watson, Tyronne Broomfield, John Felts, William ("Dubs") Byers, and Whitney Gass, in their official capacities (the "ADC Defendants"), by and through undersigned counsel, jointly and respectfully move for an Order:

(1) Staying the limited discovery deadline in the above-captioned case as it applies to the Plaintiffs and the ADC Defendants to allow the parties to continue negotiating a settlement agreement; and

(2) Granting such other and further relief as the Court deems just and proper.

As set forth in the Joint Memorandum of Law, filed herewith, the Plaintiffs and ADC Defendants are engaged in good faith settlement negotiations and could benefit from some additional time to advance and finalize those negotiations without the press of an imminent discovery deadline. This Court should grant the joint motion to stay the limited discovery deadline because it would help facilitate settlement negotiations, conserve judicial resources, and permit the parties to seek a mutually agreeable resolution of this matter.

Dated: October 30, 2023                    Respectfully submitted,

**Christine A. Cryer**
Ark. Bar No. 2001082
Senior Assistant Attorney General
323 Center Street, Suite 200
Little Rock, Arkansas 72201
Telephone: (501) 682-2029
Facsimile: (501) 682-2591
Christine.Cryer@ArkansasAG.gov

*Attorney for ADC Defendants*

**NAACP LEGAL DEFENSE AND EDUCATIONAL FUND, INC.**
**Christopher Kemmitt**
DC Bar No. 982185
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-5573
*and*
    Amber Koonce
700 14th Street NW, Suite 600
Washington, DC 20005
*and*
    Samuel Spital
    Jin Hee Lee
    Adam Murphy
    Victor Genecin
40 Rector Street, 5th Floor
New York, NY 10006
Telephone: (212) 965-2200

**SQUIRE PATTON BOGGS (US) LLP**
George H. Kendall
    Corrine Irish
    Nicola Cohen
1211 Avenue of the Americas
New York, NY 10036
Telephone: (212) 872-9800


**INITIATIVE FOR A JUST SOCIETY**
Omavi Shukur
435 West 116th Street Rm. 605
New York, NY 10027
Telephone: (212) 854-2619

**DISABILITY RIGHTS ARKANSAS**
Thomas Nichols
400 West Capitol Ave, Suite 1200
Little Rock, AR 72201
Telephone: (501) 296-1775

**ARKANSAS CIVIL LIBERTIES UNION FOUNDATION, INC.**
Sarah Everett

904 W. 2nd Street, Suite One
Little Rock, AR 72202
Telephone: (501) 374-2660

*Attorneys for Plaintiffs and the Putative Classes*

- 5 -

## CERTIFICATE OF SERVICE

I certify that on October 30, 2023, I filed the foregoing document electronically via the Court's CM/ECF system, which will send a copy to all counsel of record.

/s/ Christopher Kemmitt
Christopher Kemmitt
NAACP Legal Defense and Educational Fund, Inc.
700 14th Street NW, Suite 600
Washington, DC 20005
Telephone: (202) 216-5573
