**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**DARRYL HUSSEY,** *et al.*                                                              **PLAINTIFFS**

**v.**                                         **Case No. 4:20-cv-00434-KGB**

**WELLPATH, LLC**                                                              **DEFENDANT**

## ORDER

Before the Court is the joint status report of plaintiffs and defendant Wellpath, LLC ("Wellpath") (Dkt. No. 296). The parties report that they remain in discussions about the possible resolution of this matter, and they request an additional 60 days to report on whether the pending summary judgment and sanctions motions are ripe for decision (*Id.*). For good cause shown, the parties' request for an extension of time is granted. The parties shall have an additional 60 days to file a joint status report updating the Court about the status of discussions to resolve the case and to inform the Court whether the pending motions are ripe for decision.

So ordered this 12th day of September, 2025.

Kristine G. Baker
Chief United States District Judge