**THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**NICHOLAS FRAZIER, *et al.*** **PLAINTIFFS**

**v.** **Case No. 4:20-cv-00434-KGB**

**SOLOMON GRAVES, *et al.*** **DEFENDANTS**

**ORDER**

Before the Court is the stipulation of dismissal filed by plaintiffs Darryl Hussey, Price Brown, Wesley Bray, Torris Richardson, Lee Owens, Roderick Wesley, Marvin Kent, Robert Stiggers, Alfred Nickson, and John Doe No. 1 and defendant Wellpath, LLC ("Wellpath) (collectively, the "Parties") (Dkt. No. 306). After consideration of the parties' stipulation of dismissal and the parties' Settlement Agreement, attached to the stipulation of dismissal as Exhibit 1, the Court adopts the parties' stipulation of dismissal (*Id.*). The Court shall have jurisdiction to enforce the Settlement Agreement (Dkt. No. 306, at 4–10), which is incorporated into this Order as if full set forth herein. The action is dismissed with prejudice as to Wellpath. The Court denies as moot the pending motion for summary judgment on the issue of exhaustion and motion for sanctions against Wellpath (Dkt. Nos. 173; 249). The Clerk is instructed to close the case.

So ordered this 31st day of August, 2026.

Kristine G. Baker
Chief United States District Judge